IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| DENA C. VICKERS, | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 4:07-CV-095 TSL/LRA |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § | |
| Defendant. | § | |

## ORDER

Before the Court is a Motion for Attorney Fees and Court Costs under the Equal Access to Justice Act and Supporting Brief.

The Court finds, pursuant to 28 U.S.C. 2412(d)(2)(A), that the appropriate hourly rate at which to award fees in this case should be adjusted for an increase in the cost of living in Dallas/Fort Worth since 1996. The Court further finds that Plaintiff's attorney, Elizabeth Dunlap, is entitled to compensation for 43.00 hours of services.

Accordingly, Defendant is ordered to pay Plaintiff's attorney, Elizabeth Dunlap, an attorney fee under the Equal Access to Justice Act in the amount of $7,255.38 for 43.00 hours of services, plus costs of $377.60 and expenses of $33.59, for a total of $7,666.57.

**SO ORDERED.**

Signed this 10th day of November, 2009.

/s/Tom S. Lee
United States District Judge

Submitted by:
/s/ Elizabeth Bower Dunlap
Elizabeth Bower Dunlap